# EXHIBIT A

4840-7564-3978v.1

STATE OF CONNECTICUT)
                              ss: WATERFORD                           JUNE 6, 2017
COUNTY OF NEW LONDON)

         Then and there by virtue hereof and by direction of the Plaintiff's Attorney, I left a true and attested copy of this the original Writ, Summons & Complaint at the usual place of abode of the within named Defendant, OATY FREY, at 1 KENYON ROAD, WATERFORD, CT 06385.

         The within and foregoing is the original Writ, Summons & Complaint with my doings endorsed hereon.

Attest:

Thomas J. Burke
State Marshal