# EXHIBIT B

4840-7564-3978v.1

## SUMMONS - CIVIL
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**See other side for instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* *(C.G.S. §§ 51-346, 51-350)* | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 70 Huntington Street, New London, CT 06320 | ( 860 ) 443-5363 | July 18, 2017 |

| ☒ Judicial District  ☐ G.A.  ☐ Housing Session  Number: | At *(Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)* New London | Case type code *(See list on page 2)* Major: V  Minor: 01 |
|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Suisman, Shapiro, et al., P.O. Box 1591, New London, CT 06320 | 062114 |

| Telephone number *(with area code)* ( 860 ) 442-4416 | Signature of Plaintiff *(if self-represented)* |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* MAuger@sswbgg.com |
|---|---|

Number of Plaintiffs: 1    Number of Defendants: 2    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: Arendt, Katie M.  Address: 54 Tift Street, Jewett City, CT 06351 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Frey, Oaty  Address: 1 Kenyon Road, Waterford, CT 06385 | D-01 |
| Additional Defendant | Name: National Railroad Passenger Corporation  Address: 60 Massachusetts Avenue, NE, 4th Floor, Washington DC 20002 | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* /s/ Matthew E. Auger | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left  Matthew E. Auger | Date signed |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

A TRUE COPY
THOMAS J. BURKE
STATE MARSHALL
NEW LONDON COUNTY

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN DATE: JULY 18, 2017　　　　　　　　　SUPERIOR COURT

KATIE M. ARENDT　　　　　　　　　　　　　　J.D. OF NEW LONDON

v.　　　　　　　　　　　　　　　　　　　　　　AT NEW LONDON

OATY FREY and NATIONAL RAILROAD
PASSENGER CORPORATION　　　　　　　　　JUNE 2, 2017

## COMPLAINT

1. On or about January 18, 2016, and at all material times, the plaintiff, Katie M. Arendt, was driving her 2006 Chrysler 300 southbound on Vauxhall Street, approaching the intersection with Vauxhall Street Extension, a public highway in Waterford, Connecticut.

2. At the same time, the defendant, Oaty Frey of Waterford, Connecticut, was driving a Ford F250 truck owned by the defendant, National Railroad Passenger Corporation, eastbound on Vauxhall Street Extension, approaching the intersection with Vauxhall Street, a public highway in Waterford, Connecticut.

3. At all times mentioned herein, the defendant, Oaty Frey, was the servant, agent, representative and/or employee of the defendant, National Railroad Passenger Corporation, acting within the scope of his authority and/or employment.

4. The defendant, Oaty Frey, drove his motor vehicle through a stop sign and initiated a left hand turn into the travel lane of the plaintiff's oncoming motor vehicle, causing a collision between the two motor vehicles.

5. Said collision was due to the negligence and carelessness of the defendants in that the defendant, Oaty Frey:

　　a.　Failed to keep a reasonable and proper lookout and to pay attention to where he was driving;

A TRUE COPY
THOMAS J. BURKE
STATE MARSHALL
NEW LONDON COUNTY ATTEST

A TRUE COPY
THOMAS J. BURKE
MARSHALL
ATTEST

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114

    h.     Chest pain;

    i.     Chronic bi-parietal pressure, post-concussive headaches, sometimes accompanied with nausea, throbbing and photophobia;

    j.     Blurry vision, right eye worse than left eye;

    k.     Paresthesia and a feeling of weakness in her right face;

    l.     Dizziness and lightheadedness; and,

    m.     Emotional upset from the trauma associated with the collision and frustration over the chronic nature of her injuries.

7.     As a result of the negligence and carelessness of the defendants and the resulting injuries, the plaintiff incurred costs associated with medical treatment and care, including imaging studies, prescription medications and numerous visits to multiple medical care providers, all to her financial loss.

8.     As a result of the negligence and carelessness of the defendants and the resulting injuries, the plaintiff has experienced a decrease in her ability to carry on and enjoy all activities of daily living as she did before this collision.

9.     As a result of the negligence and carelessness of the defendants and the resulting injuries, the plaintiff lost time from work, suffering lost wages to her financial loss.

    **WHEREFORE**, the plaintiff claims fair and just damages within the jurisdiction of this Superior Court.

SUISMAN SHAPIRO WOOL, BRENNAN, GRAY & GREENBERG, P.C. THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591 NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114

RETURN DATE: JULY 18, 2017        SUPERIOR COURT

KATIE M. ARENDT        J.D. OF NEW LONDON

v.        AT NEW LONDON

OATY FREY and NATIONAL RAILROAD
PASSENGER CORPORATION        JUNE 2, 2017

## STATEMENT OF AMOUNT IN DEMAND

1. The amount, legal interest or property in demand is Fifteen Thousand and 00/100 Dollars ($15,000.00), or more, exclusive of interest and costs.

2. The Plaintiff claims fair, just, and reasonable damages.

3. The Plaintiff claims punitive damages.

             The Plaintiff,

             KATIE M. ARENDT

By: _____

Matthew E. Auger, of
Suisman, Shapiro, Wool, Brennan,
 Gray & Greenberg, P.C.
Two Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320
(860) 442-4416
(860) 442-0495 Fax
MAuger@sswbgg.com
Her Attorneys

P.O. Box 968
Norwich, CT 06360

**CERTIFIED MAIL**

7016 0340 0000 3437 8002

2000284265 C090

Corporate Secretary
National Railroad Passenger
Corporation
60 Massachusetts Ave., NE, 4th Floor
Washington, DC 20002

B86886.15

$6.77
US POSTAGE
FIRST-CLASS
062S0007378762
06360

NLC-15

STATE OF CONNECTICUT)
                    ss: WETHERSFIELD                    JUNE 13, 2017
COUNTY OF HARTFORD)

      Then and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within named Defendant, CORPORATE SECRETARY, NATIONAL RAILROAD PASSENGER CORPORATION, by leaving a true and attested copy of the original Writ, Summons & Complaint, with my doings thereon endorsed, at the office of the Commissioner of Motor Vehicles of the State of Connecticut, at least twelve days before the session of the court to which the writ is returnable. Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the within named Defendant.

RECEIVED D/S Certified Mail
AMTRAK
JUN 16 2017
ELEANOR D. ACHESON
EXECUTIVE VICE PRESIDENT,
CHIEF LEGAL OFFICER,
GENERAL COUNSEL & CORPORATE SECRETARY

Attest:

Thomas J. Burke
State Marshal