UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| KATIE M. ARENDT | x | |
|---|---|---|
| | : | Civil Action |
| **Plaintiff,** | : | |
| | : | No.: 3:17-CV-01095 |
| v. | : | |
| | : | October 23, 2017 |
| **OATY FREY AND NATIONAL RAILROAD** | : | |
| **PASSENGER CORPORATION D/B/A** | : | |
| **AMTRAK** | : | |
| | : | |
| **Defendants.** | : | |
| | x | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the plaintiff Katie Arendt and defendants Oaty Frey i/p/a Oaty Frye and National Railroad Passenger Corporation ("Amtrak") (collectively "defendants") that the above-entitled action be and is hereby dismissed with prejudice, with each party to bear its own costs.

Matthew E. Auger, Esq.
Suisman, Shapiro, Attorneys at Law
Two Union Plaza, Suite 200,
New London, CT 06320
Attorney for Plaintiff

Charles W. Mondora, Esq.
Landman Corsi Ballaine & Ford, P.C.
50 Union Avenue, 2nd Floor
New Haven, Conneticuit 06519
Attorney for Defendants

DATED:

4838-7766-6130v.2